# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR 08-300-TUC-DCB(CRP) |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| MARTIN ESCARSEGA, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's Motion to Suppress Evidence (Docket #9).

Magistrate Judge Pyle conducted a hearing on June 5, 2008, and issued his Report and Recommendation on July 7, 2008. A copy was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

**IT IS ORDERED** that Magistrate Judge Pyle's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Defendant's Motion to Suppress Evidence is DENIED.

DATED this 1st day of August, 2008.

David C. Bury
United States District Judge